UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAERSK A/S, trading as Sealand Americas,<br><br>      Plaintiff,<br><br>  -against-<br><br>PULLMAN SUGAR LLC,<br><br>      Defendant. | **ORDER**<br><br>23 Civ. 6461 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The Complaint in this maritime contract case was filed on July 26, 2023. (Cmplt. (Dkt. No. 1))  Defendant was served on August 2, 2023.  (Dkt. No. 7)  The Clerk of Court issued a Certificate of Default on August 24, 2023.  (Dkt. No. 11)  To date, Defendant has not responded to the Complaint.

    Accordingly, by **September 15, 2023**, Plaintiff will move for a default judgment against Defendant or show cause why this action should not be dismissed for failure to prosecute. Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated: New York, New York
    September 6, 2023

                 SO ORDERED.

                 _____
                 Paul G. Gardephe
                 United States District Judge