UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAERSK A/S trading as Sealand Americas,

       Plaintiff,

vs.

PULLMAN SUGAR LLC,

       Defendant.

Civil Action No. 23 Civ. 6461 (PGG)

**DEFAULT JUDGMENT**

---

This action having been commenced on July 26, 2023 by the filing of the Summons and Complaint, and a copy of the summons and complaint having been served on the defendant, Pullman Sugar LLC ("Defendant"), on August 2, 2023, and a proof of service having been filed on August 15, 2023, and Defendants having failed to file an Answer to the Complaint, it is.

ORDERED, ADJUDGED AND DECREED: That the plaintiff have entry of default judgment against defendant, Pullman Sugar LLC, in the liquidated amount of $1,525,536.49 plus costs and disbursements of this action in the amount of $552.00 ($402.00 for the Complaint filing fee plus $150.00 service of process fees), for a total judgment amount of $1,526,088.49 and that execution issue thereon.

Dated: New York, New York
       November 3, 2023

*Paul␣Gardephe*
Hon. Paul G. Gardephe, U.S.D.J.

TO:   Pullman Sugar LLC
       700 E. 107th Street
       Chicago, IL 60628